# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: CHURCH, ANGELA LYNN                          §    Case No. 04-75132
                                                    §
                                                    §
Debtor(s)                                           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on October 13, 2004. The undersigned trustee was appointed on December 27, 2004.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $_____1,007.59

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 5.49 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]       $ | 1,002.10 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 03/07/2005. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $251.90. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $93.81, for a total compensation of $93.81. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/04/2010          By:/s/STEPHEN G. BALSLEY
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 04-75132 | **Trustee:** (330410)  STEPHEN G. BALSLEY |
| **Case Name:** CHURCH, ANGELA LYNN | **Filed (f) or Converted (c):** 10/13/04 (f) |
| | **§341(a) Meeting Date:** 11/18/04 |
| **Period Ending:** 08/04/10 | **Claims Bar Date:** 03/07/05 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description**<br>(Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value**<br>(Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a) DA=§554(c)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 206 East Booth, Tampico, IL | 31,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | 7208 Felton Road, Prophestown, IL | 64,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash | 35.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 700.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 6 | Camera | 25.00 | 0.00 | DA | 0.00 | FA |
| 7 | State Farm Term Life Insurance Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 8 | State Farm Insurance - Roth IRA | 985.00 | 0.00 | DA | 0.00 | FA |
| 9 | Personal Injury Case | 0.00 | 1,000.00 | DA | 1,000.00 | FA |
| 10 | 1996 Plymouth Voyager | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Checking account - Steelworker's Credit Union | 75.00 | 0.00 | DA | 0.00 | FA |
| 12 | Underinsured motorist claim - West Bend  (u)<br>  Pursuant to the Arbitration Award dated July 14, 2010, there are no net proceeds from which to pay the Bankruptcy Estate. | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 7.59 | FA |
| 13 | **Assets**    **Totals** (Excluding unknown values) | **$108,120.00** | **$11,000.00** | | **$1,007.59** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2006        **Current Projected Date Of Final Report (TFR):**    August 4, 2010  (Actual)

Exhibit B

# Form 2
Page: 1

## Cash Receipts And Disbursements Record

Case Number: 04-75132
Case Name: CHURCH, ANGELA LYNN

Taxpayer ID #: **-***9224
Period Ending: 08/04/10

Trustee: STEPHEN G. BALSLEY (330410)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****84-65 - Money Market Account
Blanket Bond: $1,500,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/15/07 | {9} | Reese & Reese | Personal injury settlement | 1142-000 | 1,000.00 | | 1,000.00 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at .06500% | 1270-000 | 0.21 | | 1,000.21 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.55 | | 1,000.76 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.55 | | 1,001.31 |
| 06/05/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2007 FOR CASE #04-75132, Bond No. 016018067 | 2300-000 | | 5.49 | 995.82 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.51 | | 996.33 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.56 | | 996.89 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.55 | | 997.44 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.49 | | 997.93 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.58 | | 998.51 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.51 | | 999.02 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.50 | | 999.52 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.45 | | 999.97 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.20 | | 1,000.17 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.18 | | 1,000.35 |
| 04/30/08 | int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.13 | | 1,000.48 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.12 | | 1,000.60 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.12 | | 1,000.72 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.12 | | 1,000.84 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.11 | | 1,000.95 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.13 | | 1,001.08 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.10 | | 1,001.18 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.07 | | 1,001.25 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,001.32 |
| 01/30/09 | int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.36 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,001.39 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.43 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.47 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,001.50 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.54 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.58 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.62 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.66 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.70 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.74 |

Subtotals : $1,007.23 $5.49

{} Asset reference(s)                                Printed: 08/04/2010 02:02 PM   V.12.08

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04-75132 |
| **Case Name:** | CHURCH, ANGELA LYNN |
| **Taxpayer ID #:** | **-***9224 |
| **Period Ending:** | 08/04/10 |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****84-65 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.78 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,001.81 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,001.84 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.88 |
| 04/06/10 | | Wire out to BNYM account<br>9200******8465 | Wire out to BNYM account 9200******8465 | 9999-000 | -1,001.88 | | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 5.49 | 5.49 | $0.00 |
| Less: Bank Transfers | -1,001.88 | 0.00 | |
| **Subtotal** | 1,007.37 | 5.49 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,007.37** | **$5.49** | |

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 04-75132 | |
| **Case Name:** | CHURCH, ANGELA LYNN | |
| **Taxpayer ID #:** | **-***9224 | |
| **Period Ending:** | 08/04/10 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******84-65 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account *******8465 | Wire in from JPMorgan Chase Bank, N.A. account *******8465 | 9999-000 | 1,001.88 | | 1,001.88 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 1,001.92 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 1,001.98 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 1,002.04 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 1,002.10 |
| 08/02/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.00 | | 1,002.10 |
| 08/02/10 | | To Account #9200******8466 | Transfer to Closed Money Market Account | 9999-000 | | 1,002.10 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | **1,002.10** | **1,002.10** | **$0.00** |
| Less: Bank Transfers | 1,001.88 | 1,002.10 | |
| **Subtotal** | **0.22** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.22** | **$0.00** | |

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

Case Number:  04-75132
Case Name:   CHURCH, ANGELA LYNN

Taxpayer ID #:  **-***9224
Period Ending:  08/04/10

Trustee:     STEPHEN G. BALSLEY (330410)
Bank Name:   The Bank of New York Mellon
Account:     9200-******84-66 - Checking Account
Blanket Bond:  $1,500,000.00  (per case limit)
Separate Bond:  N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/10 | | From Account #9200******8465 | Transfer to Closed Money Market Account | 9999-000 | 1,002.10 | | 1,002.10 |
| | | | ACCOUNT TOTALS | | 1,002.10 | 0.00 | $1,002.10 |
| | | | Less: Bank Transfers | | 1,002.10 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****84-65 | 1,007.37 | 5.49 | 0.00 |
| MMA # 9200-*****84-65 | 0.22 | 0.00 | 0.00 |
| Checking # 9200-*****84-66 | 0.00 | 0.00 | 1,002.10 |
| | $1,007.59 | $5.49 | $1,002.10 |

{} Asset reference(s)

Printed: 08/04/2010 02:02 PM    V.12.08

Printed: 08/04/10 02:02 PM

# Claims Distribution Register

Page: 1

## Case: 04-75132    CHURCH, ANGELA LYNN

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Secured Claims:**

| 3 | 12/20/04 | 100 | Rice Chiropractic Clinic<br>307 W. 3rd Street; P.O. Box 312<br>Dixon, IL 61021<br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)><br>307 W. 3rd Street; P.O. Box 312<br>Dixon, IL 61021 | 5,030.25 | 0.00<br>* | 0.00 | 0.00 | 0.00 |

------------------------------------------- * * *

Claim No. 3 is allowed as a secured claim, but disallowed for purposes of distribution.  The Bankruptcy Code having no provision for payment of secured claims out of the general funds of the Chapter 7 Bankruptcy Estate.

|  |  | Priority 100:   0% Paid |  |  |  |  |  |  |

**Admin Ch. 7 Claims:**

|  | 10/13/04 | 200 | Barrick, Switzer, Long, Balsley & Van Evera<br>6833 Stalter Drive<br>Rockford, IL 61108<br><3110-00   Attorney for Trustee Fees (Trustee Firm)> | 2,439.00 | 2,439.00 | 0.00 | 2,439.00 | 908.29 |
|  | 10/13/04 | 200 | STEPHEN G. BALSLEY<br>6833 STALTER DRIVE<br>ROCKFORD, IL 61108<br><2100-00   Trustee Compensation> | 251.90 | 251.90 | 0.00 | 251.90 | 93.81 |
|  |  | Total for Priority 200:   37.24033% Paid | | $2,690.90 | $2,690.90 | $0.00 | $2,690.90 | $1,002.10 |
|  |  | Total for Admin Ch. 7 Claims: | | $2,690.90 | $2,690.90 | $0.00 | $2,690.90 | $1,002.10 |

**Unsecured Claims:**

| 1 | 12/20/04 | 610 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)><br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 1,744.81 | 1,744.81 | 0.00 | 1,744.81 | 0.00 |

------------------------------------------- * * *

| 2 | 12/20/04 | 610 | Capital Recovery One<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131<br><7100-00   General Unsecured § 726(a)(2)><br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | 304.24 | 304.24 | 0.00 | 304.24 | 0.00 |

------------------------------------------- * * *

| 4 | 12/15/04 | 610 | RRCA Account Management<br>312 Locust<br>Sterling, IL 61081<br><7100-00   General Unsecured § 726(a)(2)><br>312 Locust<br>Sterling, IL 61081 | 67.70 | 67.70 | 0.00 | 67.70 | 0.00 |

------------------------------------------- * * *

*) Denotes objection to Amount Filed

Printed:  08/04/10 02:02 PM                    **Claims Distribution Register**                    Page:  2

### Case:  04-75132   CHURCH, ANGELA LYNN

| Claim # | Date | Pri | Claimant /<br>Proof / <Category> / Memo | Amount<br>Filed | Amount<br>Allowed | Paid<br>to Date | Claim<br>Balance | Proposed<br>Payment |
|---------|------|-----|------------------------------------------|-----------------|-------------------|-----------------|------------------|---------------------|
| 5 | 01/24/05 | 610 | Citibank/Choice<br>Exception Payment Processing<br>POB 6305<br>The Lakes, NV 88901<br><7100-00  General Unsecured § 726(a)(2)><br>Exception Payment Processing<br>POB 6305<br>The Lakes, NV 88901 | 17,536.94 | 17,536.94 | 0.00 | 17,536.94 | 0.00 |
|  |  |  | ----------------------------------------------------* * * |  |  |  |  |  |
| 6 | 01/24/05 | 610 | Citibank/Choice<br>Exception Payment Processing<br>POB 6305<br>The Lakes, NV 88901<br><7100-00  General Unsecured § 726(a)(2)><br>Exception Payment Processing<br>POB 6305<br>The Lakes, NV 88901 | 7,109.99 | 7,109.99 | 0.00 | 7,109.99 | 0.00 |
|  |  |  | ----------------------------------------------------* * * |  |  |  |  |  |
|  |  |  | Total for Priority 610:   0% Paid | $26,763.68 | $26,763.68 | $0.00 | $26,763.68 | $0.00 |
|  |  |  | Total for Unsecured Claims: | $26,763.68 | $26,763.68 | $0.00 | $26,763.68 | $0.00 |
|  |  |  | Total for Case : | $34,484.83 | $29,454.58 | $0.00 | $29,454.58 | $1,002.10 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 04-75132
Case Name: CHURCH, ANGELA LYNN
Trustee Name: STEPHEN G. BALSLEY

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*

                                    N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | STEPHEN G. BALSLEY | $             93.81 | $ |
| *Attorney for trustee* | Barrick, Switzer, Long, Balsley & Van Evera | $           908.29 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

        *Reason/Applicant*                    *Fees*                    *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,763.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Capital Recovery One | $ 1,744.81 | $ 0.00 |
| 2 | Capital Recovery One | $ 304.24 | $ 0.00 |
| 4 | RRCA Account Management | $ 67.70 | $ 0.00 |
| 5 | Citibank/Choice | $ 17,536.94 | $ 0.00 |
| 6 | Citibank/Choice | $ 7,109.99 | $ 0.00 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.