UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: CHURCH, ANGELA LYNN | § | Case No. 04-75132 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 09/27/2010 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  / /              By:  /s/STEPHEN G. BALSLEY
                                        Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 2                   Date Rcvd: Sep 01, 2010
Case: 04-75132                Form ID: pdf006             Total Noticed: 31


The following entities were noticed by first class mail on Sep 03, 2010.
db           +Angela Lynn Church,    7208 Felton Road,    Prophetstown, IL 61277-9374
aty          +Trish Joyce,    Trish Joyce, Attorney at Law,    1202 E Fourth St,    Sterling, IL 61081-2824
aty          +William E Gottfred,    979 N Main St,    Rockford, IL 61103-7064
tr           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,     6833 Stalter Drive,
               Rockford, IL 61108-2579
8581512      +Amcore Bank,   1021 N. Mulford,    Rockford, IL 61107-3877
8581514       Arrow Financial Service,    21031 Network Place,    Chicago, IL  60678-1031
8581513      +Arrow Financial Service,    5996 W. Touhy Avenue,    Niles, IL 60714-4610
8581515       Bergners 110,    P.O. Box 17633,    Baltimore, MD 21297-1633
8581517      +CGH Medical Center,    100 East LeFevre Road,    Sterling, IL 61081-1279
8581516       Capital One,   1957 Westmoreland Rd,    Richmond, VA 23276-5617
8581518       Citibank,    P.O. Box 6414,    The Lakes, NV  88901-6414
8581519       Citibank Visa,    Box 6414,    The Lakes, NV  89163-6000
8869867      +Citibank/Choice,    Exception Payment Processing,    POB 6305,    The Lakes NV 88901-6305
8581523       Medical Pain Management,    P.O. Box 1612,    Rockford, IL  61110-0112
8581524       Retailers National Bank,    P.O. Box 59317,    Minneapolis, MN  55459-0317
8581525      +Rice Chiropractic Clinic,    307 W. 3rd Street; P.O. Box 312,    Dixon, IL 61021-0312
8581526      +Risk Management Alternatives, Inc.,    11214 Renner Rd,    Lenexa, KS 66219-9605
8581528       Saint Anthony Medical Center,    5666 East State Street,    Rockford, IL  61108-2472
8581530       Sears Premier Card,    P.O. Box 182149,    Columbus, OH  43218-2149
8581533      +Sterling-Rock Falls Clinic,    101 East Miller Road,    Sterling, IL 61081-1294
8581534       Trinity Medical Center,    P.O. Box 656,    Moline, IL  61266-0656
8581536       Winstein, Kavensky, & Wallace,    P.O. Box 4298,    Rock Island, IL  61204-4298

The following entities were noticed by electronic transmission on Sep 01, 2010.
12442989     +E-mail/PDF: rmscedi@recoverycorp.com Sep 02 2010 04:00:50      Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
8581520      +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2010 04:00:49      GE Capital Consumer Card Co.,
               P.O. Box 9001557,    Louisville, KY 40290-1557
8581521      +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2010 04:00:49      JC Penney,    P.O. Box 981131,
               El Paso, TX 79998-1131
8581522       E-mail/PDF: cr-bankruptcy@kohls.com Sep 02 2010 04:01:31      Kohls,    P.O. Box 2983,
               Milwaukee, WI  53201-2983
8788777      +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2010 04:00:49
               Monogram Credit Card Bank of Georgia,    dba WAL-MART,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, Florida 33131-1605
8788778      +E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2010 04:00:49
               Monogram Credit Card Bank of Georgia,    dba JCPenney,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, Florida 33131-1605
12442990      E-mail/PDF: rmscedi@recoverycorp.com Sep 02 2010 04:00:51
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
8581531      +E-mail/Text: bkr@cardworks.com                            Spiegel,    P.O. Box 5811,
               Hicksville, NY 11802-5811
8581535       E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2010 04:00:49      Walmart,    P.O. Box 530927,
               Atlanta, GA  30353-0927
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,     6833 Stalter Drive,
               Rockford, IL 61108-2579
8581511     ##+Advanced Call Center Technologies LLC,    P.O. Box 8517,    Grey, TN 37615-0517
8581527     ##+RRCA Account Management,    312 Locust,    Sterling, IL 61081-3539
8581529     ##+Sauk Valley Open MRI,    1622 Sauk Road,    Dixon, IL 61021-8777
8581532     ##+Sterling CWMC,    110 East Lynn Blvd,    Sterling, IL 61081-1085
                                                                                   TOTALS: 0, * 1, ## 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-3          User: lorsmith           Page 2 of 2              Date Rcvd: Sep 01, 2010
Case: 04-75132                Form ID: pdf006          Total Noticed: 31

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 03, 2010**            **Signature:**    _Joseph Speetjens_