**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: CHURCH, ANGELA LYNN                §  Case No. 04-75132
                                          §
                                          §
                                          §
Debtor(s)                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $108,120.00 *(without deducting any secured claims)* | Assets Exempt: $5,120.00 |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $51,809.97 |
| Total Expenses of Administration: $1,007.59 | |

    3) Total gross receipts of $ 1,007.59  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $1,007.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $98,154.26 | $5,030.25 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,696.39 | 2,696.39 | 1,007.59 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 49,785.40 | 26,763.68 | 26,763.68 | 0.00 |
| **TOTAL DISBURSEMENTS** | $147,939.66 | $34,490.32 | $29,460.07 | $1,007.59 |

4) This case was originally filed under Chapter 7 on October 13, 2004. The case was pending for 76 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/02/2011          By: /s/STEPHEN G. BALSLEY
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal Injury Case | 1142-000 | 1,000.00 |
| Interest Income | 1270-000 | 7.59 |
| **TOTAL GROSS RECEIPTS** | | **$1,007.59** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Rice Chiropractic Clinic | 4110-000 | 5,030.25 | 5,030.25 | 0.00 | 0.00 |
| NOTFILED | Amcore Bank | 4110-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank | 4110-000 | 17,523.78 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank | 4110-000 | 13,600.23 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank | 4110-000 | 57,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$98,154.26** | **$5,030.25** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 251.90 | 251.90 | 93.81 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 2,439.00 | 2,439.00 | 908.29 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 5.49 | 5.49 | 5.49 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,696.39 | 2,696.39 | 1,007.59 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital Recovery One | 7100-000 | 1,630.61 | 1,744.81 | 1,744.81 | 0.00 |
| 2 | Capital Recovery One | 7100-000 | 187.55 | 304.24 | 304.24 | 0.00 |
| 4 | RRCA Account Management | 7100-000 | 383.55 | 67.70 | 67.70 | 0.00 |
| 5 | Citibank/Choice | 7100-000 | 15,913.90 | 17,536.94 | 17,536.94 | 0.00 |
| 6 | Citibank/Choice | 7100-000 | 6,623.50 | 7,109.99 | 7,109.99 | 0.00 |
| NOTFILED | Sears Premier Card | 7100-000 | 2,418.70 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Saint Anthony Medical Center | 7100-000 | 121.89 | N/A | N/A | 0.00 |
| NOTFILED | Sauk Valley Open MRl | 7100-000 | 168.56 | N/A | N/A | 0.00 |
| NOTFILED | Spiegel | 7100-000 | 515.67 | N/A | N/A | 0.00 |
| NOTFILED | Retailers National Bank | 7100-000 | 6,040.10 | N/A | N/A | 0.00 |
| NOTFILED | Wlnstein, Kavensky, & Wallace | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Pain Management | 7100-000 | 3,210.17 | N/A | N/A | 0.00 |
| NOTFILED | Trinity Medical Center | 7100-000 | 328.89 | N/A | N/A | 0.00 |
| NOTFILED | Trinity Medical Center | 7100-000 | 68.75 | N/A | N/A | 0.00 |
| NOTFILED | Sterllng CWMC | 7100-000 | 615.99 | N/A | N/A | 0.00 |
| NOTFILED | Sterling-Rock Falls Clinic | 7100-000 | 383.55 | N/A | N/A | 0.00 |
| NOTFILED | Bergners 110 | 7100-000 | 71.30 | N/A | N/A | 0.00 |
| NOTFILED | Arrow Financial Service | 7100-000 | 515.67 | N/A | N/A | 0.00 |
| NOTFILED | Arrow Financial Service | 7100-000 | 3,726.11 | N/A | N/A | 0.00 |
| NOTFILED | CGH Medical Center | 7100-000 | 460.88 | N/A | N/A | 0.00 |
| NOTFILED | GE Capital Consumer Card Co. | 7100-000 | 3,726.11 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 730.74 | N/A | N/A | 0.00 |
| NOTFILED | Kohls | 7100-000 | 443.21 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 49,785.40 | 26,763.68 | 26,763.68 | 0.00 |

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 04-75132  **Trustee:** (330410) STEPHEN G. BALSLEY
**Case Name:** CHURCH, ANGELA LYNN  **Filed (f) or Converted (c):** 10/13/04 (f)
**§341(a) Meeting Date:** 11/18/04
**Period Ending:** 01/27/11  **Claims Bar Date:** 03/07/05

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  206 East Booth, Tampico, IL | 31,000.00 | 0.00 | DA | 0.00 | FA |
| 2  7208 Felton Road, Prophestown, IL | 64,000.00 | 0.00 | DA | 0.00 | FA |
| 3  Cash | 35.00 | 0.00 | DA | 0.00 | FA |
| 4  Household goods and furnishings | 700.00 | 0.00 | DA | 0.00 | FA |
| 5  Clothing | 300.00 | 0.00 | DA | 0.00 | FA |
| 6  Camera | 25.00 | 0.00 | DA | 0.00 | FA |
| 7  State Farm Term Life Insurance Policy | 0.00 | 0.00 | DA | 0.00 | FA |
| 8  State Farm Insurance - Roth IRA | 985.00 | 0.00 | DA | 0.00 | FA |
| 9  Personal Injury Case   Pursuant to Order to Compromise a Controversy entered February 7, 2007, the sum of $1,000.00 was paid as net proceeds. | 0.00 | 1,000.00 | DA | 1,000.00 | FA |
| 10  1996 Plymouth Voyager | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 11  Checking account - Steelworker's Credit Union | 75.00 | 0.00 | DA | 0.00 | FA |
| 12  Underinsured motorist claim - West Bend  (u)   Pursuant to the Arbitration Award dated July 14, 2010, there are no net proceeds from which to pay the Bankruptcy Estate. | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| Int  INTEREST  (u) | Unknown | N/A |  | 7.59 | FA |
| 13  Assets    Totals (Excluding unknown values) | **$108,120.00** | **$11,000.00** |  | **$1,007.59** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2006    **Current Projected Date Of Final Report (TFR):**    August 5, 2010  (Actual)

Printed: 01/27/2011 09:45 AM    V.12.56

Exhibit 9

## Form 2

Page: 1

### Cash Receipts And Disbursements Record

| Case Number: | 04-75132 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | CHURCH, ANGELA LYNN | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****84-65 - Money Market Account |
| Taxpayer ID #: | **-***9224 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 01/27/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 03/15/07 | {9} | Reese & Reese | Personal injury settlement | 1142-000 | 1,000.00 | | 1,000.00 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at .06500% | 1270-000 | 0.21 | | 1,000.21 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.55 | | 1,000.76 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.55 | | 1,001.31 |
| 06/05/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2007 FOR CASE #04-75132, Bond No. 016018067 | 2300-000 | | 5.49 | 995.82 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.51 | | 996.33 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.56 | | 996.89 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.55 | | 997.44 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.49 | | 997.93 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.58 | | 998.51 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.51 | | 999.02 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 0.50 | | 999.52 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 0.45 | | 999.97 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 0.20 | | 1,000.17 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.18 | | 1,000.35 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 0.13 | | 1,000.48 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.12 | | 1,000.60 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.12 | | 1,000.72 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.12 | | 1,000.84 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.11 | | 1,000.95 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.13 | | 1,001.08 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.10 | | 1,001.18 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.07 | | 1,001.25 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 1,001.32 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.36 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,001.39 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.43 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.47 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,001.50 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.54 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.58 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.62 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.66 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.70 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.74 |

Subtotals : $1,007.23 $5.49

{} Asset reference(s)

Printed: 01/27/2011 09:45 AM V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 04-75132  
**Case Name:** CHURCH, ANGELA LYNN  

**Taxpayer ID #:** **-***9224  
**Period Ending:** 01/27/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****84-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.78 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,001.81 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,001.84 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.04 | | 1,001.88 |
| 04/06/10 | | Wire out to BNYM account 9200******8465 | Wire out to BNYM account 9200******8465 | 9999-000 | -1,001.88 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5.49 | 5.49 | $0.00 |
| | | | Less: Bank Transfers | | -1,001.88 | 0.00 | |
| | | | **Subtotal** | | 1,007.37 | 5.49 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,007.37** | **$5.49** | |

{} Asset reference(s)                                                                                     Printed: 01/27/2011 09:45 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 04-75132  
**Case Name:** CHURCH, ANGELA LYNN  

**Taxpayer ID #:** **-***9224  
**Period Ending:** 01/27/11  

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******84-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8465 | Wire in from JPMorgan Chase Bank, N.A. account ********8465 | 9999-000 | 1,001.88 | | 1,001.88 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 1,001.92 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 1,001.98 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 1,002.04 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 1,002.10 |
| 08/02/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.00 | | 1,002.10 |
| 08/02/10 | | To Account #9200******8466 | Transfer to Closed Money Market Account | 9999-000 | | 1,002.10 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,002.10 | 1,002.10 | $0.00 |
| | | | Less: Bank Transfers | | 1,001.88 | 1,002.10 | |
| | | | **Subtotal** | | 0.22 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.22** | **$0.00** | |

{} Asset reference(s)

Printed: 01/27/2011 09:45 AM    V.12.56

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 04-75132 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | CHURCH, ANGELA LYNN | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******84-66 - Checking Account |
| Taxpayer ID #: | **-***9224 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 01/27/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/10 | | From Account #9200******8465 | Transfer to Closed Money Market Account | 9999-000 | 1,002.10 | | 1,002.10 |
| 09/27/10 | 101 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 37.24% on $2,439.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 908.29 | 93.81 |
| 09/27/10 | 102 | STEPHEN G. BALSLEY | Dividend paid 37.24% on $251.90, Trustee Compensation; Reference: | 2100-000 | | 93.81 | 0.00 |
| | | | ACCOUNT TOTALS | | 1,002.10 | 1,002.10 | $0.00 |
| | | | Less: Bank Transfers | | 1,002.10 | 0.00 | |
| | | | Subtotal | | 0.00 | 1,002.10 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $1,002.10 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****84-65 | 1,007.37 | 5.49 | 0.00 |
| MMA # 9200-******84-65 | 0.22 | 0.00 | 0.00 |
| Checking # 9200-******84-66 | 0.00 | 1,002.10 | 0.00 |
| | $1,007.59 | $1,007.59 | $0.00 |